IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-3143-DDD-NRN**

THE ESTATE OF AMY LYNN CROSS,
by and through its personal representative Jennifer Bauder;
V.C., through his guardian, Jennifer Bauder
R.C., through his guardian, Jennifer Bauder
K.C., through her guardian, Lisa McMullen

    Plaintiffs,

v.

TURN KEY HEALTH CLINICS, LLC
TURN KEY HEALTH CLINICIANS, PLLC
TURN KEY HEALTH CLINICS COLORADO, LLC
TURN KEY HEALTH MEDICAL COLORADO, PLLC
ERICA ALCARAZ, individually,
BEATRIZ ORTIZ, individually,
KRISTIN MILLER, individually,
TERESA SIPOLA, individually,
BOARD OF COUNTY COMMISSIONERS, WELD COUNTY;
SHERIFF STEVE REAMS, in his official capacity;

    Defendants.

___

**STIPULATION AND JOINT MOTION TO DISMISS TURN KEY HEALTH CLINICIANS, PLLC, TURN KEY HEALTH CLINICS COLORAO, LLC, AND TURN KEY HEALTH MEDICAL COLORADO, PLLC**

___

    Plaintiffs and Turn Key Defendants submit this stipulated motion to dismiss certain corporate Defendants, pursuant to F.R.C.P. 41(a)(1)(A)(ii) without prejudice, based on the representations made by Turn Key related defendants in paragraphs 1-7:

1. Defendant Turn Key Health Clinics, LLC, is a proper party to Plaintiffs' Second Claim for

1

Relief for 42 U.S.C. § 1983 entity liability (Complaint, p. 40) and their Third Claim for Relief, Wrongful Death (Complaint, p. 42).

2. At the time of the conduct at issue in the Complaint, Turn Key Health Clinics, LLC, was the employer of the individual health care defendants named in the lawsuit, Kristin Miller, Erica Alcaraz, Beatriz Ortiz, and Teresa Sipola.

3. Turn Key Health Clinics, LLC and the herein dismissed defendants affirmatively represent that the dismissal of Turn Key Health Clinicians, PLLC, Turn Key Health Clinics Colorado, LLC, and Turn Key Health Medical Colorado, PLLC in no way affects the insurance, assets, or other funds available to pay any settlement or verdict proceeds that may be owing against Turn Key Health Clinics, LLC under Plaintiffs' claims in this matter, that the insurance is identical among all four of these corporate defendants, and the dismissed defendants have no assets. All of the Turn Key related corporate defendants affirmatively represent that Plaintiffs' claim will proceed exactly as it would have with any or all of the herein dismissed parties as named defendants.

4. As Turn Key Health Clinics, LLC is a proper party for both Plaintiffs' 42 U.S.C. § 1983 claim and state law negligence claim, the parties agree that this dismissal will not affect any rights of Plaintiffs with respect to those claims, and that Turn Key related Defendants will not argue at any point that Plaintiffs do not have or have not properly named the correct defendant for these claims as set out in the Complaint.

5. The Parties agree and stipulate that, as to these dismissals each party is to bear their own costs and fees.

6. The parties further agree that, should any of the representations as to the assets, insurance,

proper party, or employment of individual defendants be discovered to be incorrect, the herein dismissed Defendants, Turn Key Health Clinicians, PLLC, Turn Key Health Clinics Colorado, LLC, and Turn Key Health Medical Colorado, PLLC, will not object to be added back into the lawsuit, regardless of statute of limitations or this agreement.

7. Nothing in the stipulated motion is intended to waive any other claims or defenses not otherwise expressly addressed.

8. The attorney for Weld Defendants stipulates to the dismissal of these parties without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Weld Defendants have not provided any of the information related to the Turn Key Defendants contained in the factual representations contained herein regarding Turn Key Defendants.

WHEREFORE, the Parties hereto request that the Court enter an order dismissing Defendants Turn Key Health Clinicians, PLLC, Turn Key Health Clinics Colorado, LLC, and Turn Key Health Medical Colorado, PLLC, without prejudice, each party to pay their own costs and fees, directing that the court caption be amended to reflect this dismissal.

Respectfully submitted this 20th of January 2023.

*/s/ Anna Holland Edwards*
Anna Holland Edwards
Erica T. Grossman
Rachel Kennedy
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80128
anna@hheglaw.com
*Attorneys for Plaintiffs*

*/s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy
Tim Campbell
SWEET DEWBERRY HUBBARD, PLC
24 West Park Place
Oklahoma City, OK 73103
allie@sdh.law
*Attorneys for Turn Key Defendants*

*/s/ Matthew J. Hegarty*
Matthew J. Hegarty
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
hegartym@hallevans.com
*Attorney for Weld County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Alexandra G. Ah Loy<br>Tim Campbell<br>SWEET DEWBERRY HUBBARD, PLC<br>allie@sdh.law<br>tim@sdh.law<br>*Attorney for Turn Key Defendants* | Matthew J. Hegarty<br>HALL & EVANS, L.L.C.<br>hegartym@hallevans.com<br>*Attorney for Weld County Defendants* |

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal